# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DEBRA ANN CARRUTH | § |
| | § Civil Action No. 4:18-CV-563 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Debra Ann Carruth's Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Dkt. #19) and the Commissioner's Response (Dkt. #21), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Petition is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Dkt. #19) is **GRANTED**, and the Commissioner is directed to pay five thousand, three hundred ninety-one dollars and ninety-three cents ($5,391.93) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 25th day of October, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE